UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANITA MARIE MERCADO,

                Plaintiff,

-against-

HARBOR GROUP MANAGEMENT,

                Defendant.

1:21-CV-5568 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated August 26, 2021, the Court granted Plaintiff leave to file an amended complaint within 60 days. That order specified that failure to comply would result in dismissal of this action for failure to state a claim on which relief may be granted. Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses this action for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    Plaintiff has consented to electronic service of court documents. (ECF 4.)

SO ORDERED.

Dated:   December 1, 2021
            New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                  Chief United States District Judge