UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANITA MARIE MERCADO,

                                    Plaintiff,

                    -against-

HARBOR GROUP MANAGEMENT,

                                    Defendant.

1:21-CV-5568 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued December 1, 2021, dismissing this action for failure to state a claim on which relief may be granted,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to electronic service of court documents. (ECF 4.)

SO ORDERED.

Dated:   December 1, 2021
             New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge